Nos. 1,470 AND 1,471.—WHITCRAFT ET AL., APPELLANTS, *v.* HENDRICKS, RESPONDENT.

*Appeal from District Court, Deer Lodge County.*

Motion to dismiss appeals. Decided February 15, 1901.

PER CURIAM.—Appellants' motion to dismiss these appeals is granted, and the said appeals are hereby dismissed at the cost of appellant.

*Mr. Edward Scharnikow* and *Messrs. Toole, Bach & Toole,* for Appellants.